

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aton Center, Inc. a California corporation | Civil Action No. 20-cv-00541-WQH-BGS |
| **Plaintiff,** | |
| V. | |
| Carefirst Bluecross Blueshield a corporation; Does 1 through 10, Inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Motion to Dismiss filed by Defendants CareFirst of Maryland, Inc., d/b/a CareFirst BlueCross BlueShield; Group Hospital and Medical Services, Inc., d/b/a CareFirst BlueCross BlueShield; and CareFirst BlueChoice, Inc., d/b/a CareFirst BlueCross BlueShield (all erroneously sued as CareFirst BlueCross BlueShield) (ECF No. 6) is GRANTED. The case is dismissed without prejudice.

**Date:**    8/4/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler

M. Exler, Deputy